# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2178
LT Case No. 45-2000-CF-607-A

———————————————

ADAM COREY HOOVER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Nassau County.
Steven Michael Fahlgren, Judge.

Matthew J. Metz, Public Defender, and Evan Altes, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Brian A. Hofer,
Assistant Attorney General, Tallahassee, for Appellee.

June 11, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____